ER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-CR-399 |
| JOSHUA PADILLA | : | |

## WRIT OF HABEAS CORPUS

AND NOW, this 11 day of July, 2019, the warden of Northampton County Prison located at 666 Walnut Street, Easton, PA 18042, telephone number 610-923-4303, shall produce the body of JOSHUA PADILLA, DOB: [redacted], Inmate Number: 27880, on Friday, July 19, 2019 into the custody of Special Agent Daniel Block, Pennsylvania Attorney General's Office and Special Agent Kathryn Murray, Homeland Security Investigations, for an initial appearance on an Indictment before the Magistrate Judge, and said prisoner shall remain in federal custody upon termination of federal criminal proceedings.

BY THE COURT:

_____
HONORABLE DAVID R. STRAWBRIDGE
*United States Magistrate Judge*

DATED: July 11, 2019

A.K.A.(s)(if applicable):  ☑ Male  ☐ Female

Booking or Fed. Reg. #: 27880   DOB: [redacted]

Facility Address: Northampton County Prison    Race: White
666 Walnut Street, Easton, PA 18042
Facility Phone:   (610) 923-4303            FBI #:

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19- |
| JOSHUA PADILLA | : | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

☑ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: Joshua Padilla

Detained at: Curran-Fromhold Correctional Facility

Detainee is: a) ☑ charged in this district by:

☑ Indictment  ☐ Information  ☐ Complaint

Charging Detainee with 18 U.S.C. § 2251(a), (e) (production of child pornography- 1 count); 18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography -1 count); 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography- 1 count); Notice of forfeiture.

Detainee will: ☑ remain in federal custody upon termination of federal criminal proceedings. Appearance is necessary forthwith in the Eastern District of Pennsylvania on Friday, July 19, 2019.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

Josh A. Davison
Assistant United States Attorney